IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION AT KANSAS CITY

| | |
|---|---|
| CITY UNION MISSION, INC., <br> PLAINTIFF, <br><br> vs. <br><br> MIKE SHARP, ET AL. <br> DEFENDANTS. | CASE NO. 17-CV-662- BCW |

## Plaintiff's Motion to Convert Preliminary Injunction to Permanent Injunction Against Defendants Sharp and Jackson County

Comes now Plaintiff City Union Mission, and respectfully moves the Court for an order that makes the preliminary injunction against Defendant Sharp a permanent injunction, and for an order that extends any preliminary or permanent injunction to Jackson County. The new evidence and authorities that form the basis for this motion are explained further in the suggestions in support filed contemporaneously.

In the alternative, the Court may take up the Motion with the trial of this matter.

Respectfully submitted,

**LAW OFFICES OF JONATHAN R. WHITEHEAD, LLC**

/s/ Jonathan R. Whitehead
Jonathan R. Whitehead, Mo. 56848
229 S.E. Douglas St., Ste. 210
Lee's Summit, Mo 64063
816.398.8305 - Phone
816.278.9131 – Fax
Jon@WhiteheadLawLLC.com

-and-

**WHITEHEAD LAW FIRM, L.L.C.**
MICHAEL K. WHITEHEAD, Missouri Bar No. 24997

1

229 SE Douglas Street, Suite 210
Lee's Summit, Missouri 64063
Telephone: 816.398.8967
Fax: 816.875.3291
Mike@TheWhiteheadFirm.com

**Attorneys for Plaintiff City Union Mission, Inc.**