IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CITY UNION MISSION, INC.,<br>   PLAINTIFF,<br><br>vs.<br><br>MIKE SHARP; JACKSON COUNTY SHERIFF'S OFFICE; AND JACKSON COUNTY, MISSOURI,<br>   DEFENDANTS. | CASE NO. 17-CV-662-BCW |

NOTICE OF APPEAL
TO THE US COURT OF APPEALS FOR THE EIGHTH CIRCUIT

  Notice is hereby given that City Union Mission, Inc., plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 27th day of October 2020.

         Respectfully submitted,

         LAW OFFICES OF
         JONATHAN R WHITEHEAD, LLC
         <u>s/Jonathan R. Whitehead</u>
         Jonathan R. Whitehead (#56848)
         229 S.E. Douglas St., Ste. 210
         Lee's Summit, Missouri 64063
         Phone: 816-398-8305
         Fax: 816-278-9131
         jon@whiteheadlawllc.com

         -AND-

         WHITEHEAD LAW FIRM, L.L.C.
         MICHAEL K. WHITEHEAD
         Missouri Bar No. 24997
         229 SE Douglas Street, Suite 210
         Lee's Summit, Missouri 64063
         Telephone: 816.398.8967
         Fax: 816.875.3291
         Mike@TheWhiteheadFirm.com

Attorneys for Plaintiff City Union Mission, Inc.