# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

| Case Caption: City Union Mission, Inc. v. Sharp et al | Case No. 17-cv-00662-BCW |
|---|---|

---

| Appellant: **City Union Mission, Inc.** | Appellee: **Sheriff Mike Sharp** |
|---|---|
| Appellant's Attorney(s): | Appellee's Attorney(s): |

| | |
|---|---|
| **Michael K. Whitehead** | **Dawn Joanna Diel** |
| Whitehead Law Firm LLC | Jackson County Counselor's Office |
| 229 SE Douglas St. Suite 210 | 415 East 12th Street Suite 200 |
| Lees Summit, MO 64063-2301 | Kansas City, MO 64106 |
| (816) 398-8967 | 816-881-3811 |
| Email: Mike@TheWhiteheadFirm.com | Email: ddiel@jacksongov.org |
| | |
| **Jonathan R. Whitehead** | **Joshua Neal Haner** |
| 229 SE Douglas St. Ste. 210 | Jackson County Counselor's Office |
| Lee's Summit, MO 64063 | 415 East 12th Street Suite 200 |
| (816) 398-8305 | Kansas City, MO 64106 |
| Email: jon@whiteheadlawllc.com | 816-881-3279 |
| | Email: jhaner@jacksongov.org |

| | |
|---|---|
| Court Reporter(s): | Please return files and documents to: |
| | **United States District Court** |
| Denise Halasey | **400 East 9th Street, Room 1510** |
| | **Kansas City, MO  64106** |
| | |
| | Contact Person for Appeal: |
| | Jason_Terry@mow.uscourts.gov |

---

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | Paid | No | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Retained | No | No | No |

---

**Special Comments:**